UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Gloria L. Franklin
Clerk of Court

San Francisco Bankruptcy Court
235 Pine St.
P.O. Box 7341
San Francisco, CA 94120-7341

(415) 268-2300

**FILED**

NOV 2 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

Richard W. Wieking, Clerk
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102-3489

Re: **SDR Capital Management, Inc.**
     **05-34008 TEC**

Re: **Andrea Wirum v John Wilson**
     **07-3022 TEC**

Dear Mr. Wieking:

Enclosed please find a conformed copy of the:

   **Notice Of Appeal**
   **Appellants Election To District Court**
   **Certified Copy Of Judgment Being Appealed**
   **Certified Copy Of Docket**

Please acknowledge receipt of this appeal by stamping the district court case number on a copy
of this letter and return it to *United States Bankruptcy Court, San Francisco Division.*

                              Gloria L. Franklin, Clerk
                              United States Bankruptcy Court

Dated: November 20, 2007

By: _____   **Cooper Glosenger**
     Deputy Clerk