GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA 94104
Telephone: (415) 362-5045
Facsimile: (415) 362-2392

Attorneys for Plaintiff, Andrea A. Wirum, Trustee

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: | Case No. 05-34008-TEC |
| SDR CAPITAL MANAGEMENT, INC., | Under Chapter 7 |
| Debtor. | |
| ANDREA A. WIRUM, Trustee, | A.P. No. 07-3022 |
| Plaintiff, | |
| vs. | |
| JOHN O. WILSON, individually and as Trustee of the Wilson Family Living Trust, | |
| Defendants. | |

**NOTICE OF APPEAL**

Andrea A. Wirum, Trustee of the estate of SDR Capital Management, Inc., Debtor, hereby appeals from the Judgment entered in the above-entitled case on November 15, 2007, pursuant to the provisions of Rule 8001(a) of the Federal Rules of Bankruptcy Procedure.

The names of all parties to the dispute with respect to said order, and the names, addresses and telephone numbers of their respective counsel, are as follows:

-1-

NOTICE OF APPEAL
114836.DOC

| Position | Party | Counsel |
|---|---|---|
| Appellant | Andrea A. Wirum | Dennis D. Davis, Esq.<br>Goldberg, Stinnett, Davis & Linchey<br>44 Montgomery Street, Suite 2900<br>San Francisco, CA  94104<br>Tel: (415) 362-5045<br>Fax: (415) 362-2392 |
| Appellee | John O. Wilson | John H. MacConaghy, Esq.<br>MacConaghy & Barnier, PLC<br>645 First Street West, Suite D<br>Sonoma, CA  95476<br>Tel: (707) 935-3205<br>Fax: (707) 935-7051 |

Dated: November 19, 2007

GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation


By:   /s/ Dennis D. Davis
Attorneys for Plaintiff, Andrea A. Wirum, Trustee

LAW OFFICES
GOLDBERG, STINNETT, DAVIS & LINCHEY
A PROFESSIONAL CORPORATION
44 MONTGOMERY STREET, SUITE 2900
SAN FRANCISCO, CALIFORNIA  94104

NOTICE OF APPEAL
114836.DOC

-2-

## CERTIFICATE OF SERVICE BY FIRST CLASS MAIL

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

## NOTICE OF APPEAL

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California, on November 19, 2007

/s/ Pam Joakimson

John H. MacConaghy, Esq.
MacConaghy & Barnier, PLC
645 First Street West, Suite D
Sonoma, CA 95476

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104-3401

CERTIFICATE OF SERVICE
10210.704/114836.DOC