

Entered on Docket
November 15, 2007
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



UNITED STATES BANKRUPTCY COURT
Northern District of California
I certify that this is a true, correct and full copy
of the original document on file in my custody.
Dated November 70th 2007
by [signature]
Deputy Clerk

Signed and Filed: November 14, 2007

_____
THOMAS E. CARLSON
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Case No. 05-34008 TEC 7 |
| SDR CAPITAL MANAGEMENT, INC. | Chapter 7 |
| Debtor. | |
| ANDREA A. WIRUM, TRUSTEE IN BANKRUPTCY, | Adv. Proc. No. 07-3022 TC |
| Plaintiff, | |
| vs. | |
| JOHN O. WILSON, individually and as Trustee of the Wilson Family Living Trust, | |
| Defendant. | |

**JUDGMENT**

This action was tried before the court on October 30 and November 1, 2007. Dennis D. Davis appeared for Plaintiff Trustee. John J. MacConaghy appeared for Defendant Wilson. For the reasons

1  stated in the accompanying Memorandum Decision, the court hereby
2  enters judgment as follows.
3      (1) Judgment is entered for Defendant.  Plaintiff shall
4  recover nothing on her complaint.
5      (2) Each party shall bear its own attorneys fees.
6      (3) Defendant is entitled to recover costs upon appropriate
7  motion filed and served no later than 14 days after entry of
8  judgment.  L.B.R. 1001-2(a)(50).

**\*\*END OF JUDGMENT\*\***

Case 3:07-cv-06056-CRB    Document 1-3    Filed 11/30/2007    Page 3 of 3

```
 1                        Court Service List

 2   Dennis D. Davis, Esq.
 3   Goldberg, Stinnett, Davis and Linchey
     44 Montgomery Street, Suite 2900
 4   San Francisco, CA 94104

 5   John H. MacConaghy, Esq.
     MacConaghy and Barnier
 6   645 1st Street W, Suite D
     Sonoma, CA 95476
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```