APPEAL

## U.S. Bankruptcy Court
## Northern District of California (San Francisco)
## Adversary Proceeding #: 07-03022
### Internal Use Only

*Assigned to:* Judge Thomas E. Carlson                                    *Date Filed:* 02/14/07
*Related BK Case:* 05-34008
*Related BK Title:* SDR Capital Management, Inc.
*Related BK Chapter:* 7
*Demand:* $218000
*Nature[s] of Suit:* 13 Recovery of money/property - 548 fraudulent transfer

**Plaintiff**
----------------------

**Andrea A. Wirum**                                   represented by **Dennis D. Davis**
P.O. Box 1108                                              Goldberg, Stinnett, Meyers and Linchey
Lafayette, CA 94549                                        44 Montgomery St. #2900
(415) 297-7710                                             San Francisco, CA 94104
                                                           (415) 362-5045
                                                           Email: ddavis@gsdllaw.com
                                                           *LEAD ATTORNEY*



V.                    UNITED STATES BANKRUPTCY COURT
                      Northern District of California

**Defendant**         I certify that this is a true, correct and full copy
----------------------  of the original document on file in my custody.
**John O. Wilson**    Dated November 20th, 2007            represented by **John H. MacConaghy**
PO Box 507            by _____                     MacConaghy and Barnier
St. Helena, CA 94575  **Deputy Clerk**                        645 1st St. W #D
                                                              Sonoma, CA 95476
                                                              (707) 935-3205
                                                              Email: macclaw@macbarlaw.com

| **Filing Date** | # | **Docket Text** |
|---|---|---|
| 02/14/2007 | ○1 | Adversary case 07-03022. 13 (Recovery of money/property - 548 fraudulent transfer) Complaint by Andrea A. Wirum against John O. Wilson. Fee Amount $250. (Attachments: # 1 AP Cover Sheet # 2 Summons to be Issued) (Davis, Dennis) (Entered: 02/14/2007) |
| 02/14/2007 | | Receipt of filing fee for Complaint(07-03022) [cmp,cmp] ( 250.00). Receipt number 3992648, amount $ 250.00 (U.S. Treasury) (Entered: 02/14/2007) |
| 02/14/2007 | | Attorney Dennis D. Davis for Plaintiff Andrea A. Wirum added to case. (ql, ) (Entered: 02/15/2007) |
| 02/15/2007 | ○ | **ERROR** Wrong Demand Amount Entered. The Amount Should Be Rounded Off Into Thousands. Court Corrected. (RE: related document(s)1 Complaint filed by Plaintiff Andrea A. Wirum). (ql, ) (Entered: 02/15/2007) |
| 02/15/2007 | ○ | **CORRECTIVE ENTRY** Attorney for The Plaintiff Not Added. Court Corrected. (RE: related document(s)1 Complaint filed by Plaintiff Andrea A. Wirum). (ql, ) (Entered: 02/15/2007) |
| 02/15/2007 | ○ | **ERROR** Wrong Demand Amount Entered. The Amount Should Be Rounded Off Into Thousands. Court Corrected. (RE: related document(s)1 Complaint filed by Plaintiff Andrea A. Wirum). (ql, )***DUPLICATE DOCKTING. DISREGARD IT.*** Modified on 2/15/2007 (ql, ). (Entered: 02/15/2007) |
| 02/15/2007 | ○2 | Order Regarding Initial Disclosures and Discovery Conference . (ql, ) (Entered: 02/15/2007) |
| 02/15/2007 | ○3 | Summons Issued on John O. Wilson Answer Due 3/19/2007. Status Conference to be held on 4/26/2007 at 10:00 AM at San Francisco Courtroom 23 - Carlson. (ql, ) (Entered: 02/15/2007) |
| 02/20/2007 | ○4 | Summons Service Executed on John O. Wilson 2/20/2007 *with Certificate of Service attached.* (Davis, Dennis) (Entered: 02/20/2007) |

| | | |
|---|---|---|
| 03/11/2007 | Ϡ5 | Answer to Complaint Filed by John O. Wilson. (MacConaghy, John) (Entered: 03/11/2007) |
| 04/26/2007 | Ϡ | Courtroom Hearing Continued (RE: Summons Issued - related document(s) 3 ) (Continued to 6/21/2007 10:00 AM at San Francisco Courtroom 23 - Carlson) (Tentative trial date is set for 10/30/07 at 9:30 AM and discovery cutoff is 10/1/07.)(gh, ) Modified on 4/27/2007 (gh, ). (Entered: 04/26/2007) |
| 05/01/2007 | Ϡ6 | Scheduling Order . Discovery due by 10/1/2007. Trial date set for 10/30/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (gg, ) (Entered: 05/02/2007) |
| 06/21/2007 | Ϡ | Courtroom Hearing Held (RE: Summons Issued - related document(s) 3 ) (Court to do order finalizing trial set for 10/30/07 at 9:30 AM.)(gh, ) (Entered: 06/21/2007) |
| 06/26/2007 | Ϡ7 | Motion for Summary Judgment or Adjudication of Issues Filed by Defendant John O. Wilson. (MacConaghy, John) (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ8 | Notice of Hearing (RE: related document(s)7 Motion for Summary Judgment/Adjudication filed by Defendant John O. Wilson). Hearing scheduled for 8/3/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. Filed by Defendant John O. Wilson. (MacConaghy, John) (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ9 | Memorandum of Points and Authorities in Support of (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ10 | Request To Take Judicial Notice (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ11 | Declaration of John O. Wilson in Support of (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 1 -- Stock Agreement# 2 Exhibit 2 -- Deferred Compensation Agreement# 3 Exhibit 3 -- SDR Capital stock trade ledger) (MacConaghy, John) (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ12 | Declaration of John H. MacConaghy in Support of (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 1 -- Claims Register; Exhibit 2 -- Summary of Claims Register# 2 Exhibit 3 -- Claim No. 1; Exhibit 4 -- Claim No. 2; Exhibit 5 -- Claim No. 4; Exhibit 6 -- Claim No. 8# 3 Exhibit 7 -- Claim No. 19; Exhibit 8 -- Complaint in Wirum v. Low) (MacConaghy, John) (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ13 | Exhibit 9 to Declaration of John H. MacConaghy In Support of Motion for Summary Judgment -- Claim No. 20 (RE: related document(s)12 Declaration, ). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 10 -- Declaration of John Suttle; Exhibit 11 -- Complaint in Wirum v. Suttle; Exhibit 12 -- Proof of Claim No. 23) (MacConaghy, John) ERROR: NO CAPTION PAGE. NO CASE NAME AND CASE NUMBER. Modified on 6/27/2007 (ql, ). (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ14 | Exhibit 13 to Declaration of John MacConaghy In Support of Motion for Summary Judgment -- Claim No. 21 (RE: related document(s)12 Declaration, ). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 14 -- Claim No. 27# 2 Exhibit 15 -- Objection to Claim 27; Exhibit 16 -- Claim No. 28; Exhibit 17 -- Claim No. 29) (MacConaghy, John) ERROR: NO CAPTION PAGE. NO CASE NAME AND CASE NUMBER. Modified on 6/27/2007 (ql, ). (Entered: 06/26/2007) |
| 06/26/2007 | Ϡ15 | Amendment to Trial Scheduling Order (RE: related document(s)6 Scheduling Order). (ql, ) (Entered: 06/26/2007) |
| 06/27/2007 | Ϡ | **ERROR** No Caption Page. No Case Name and Case Number. (RE: related document(s)14 Exhibit filed by Defendant John O. Wilson). (ql, ) (Entered: 06/27/2007) |
| 06/27/2007 | Ϡ | **ERROR** No Caption Page. No Case Name and Case Number. (RE: related document(s)13 Exhibit, ). (ql, ) (Entered: 06/27/2007) |
| 07/12/2007 | Ϡ16 | Exhibit 10, 11, and 12 [uploaded to correct error with original.pdf] (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 07/12/2007) |
| 07/13/2007 | Ϡ | **ERROR** Exhibits Filed Without A Caption Page, Without Case Name and Case Number.(RE: related document(s)16 Exhibit filed by Defendant John O. Wilson). (ql, ) (Entered: 07/13/2007) |
| 07/16/2007 | Ϡ17 | Certificate of Service re Exhibits 10, 11, and 12 to Motion for Summary Judgment (w/proof of service) (RE: related document(s)7 Motion for Summary Judgment/Adjudication, 16 Exhibit). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 07/16/2007) |

| 07/20/2007 | ●18 | Response to *Motion for Summary Judgment* (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Plaintiff Andrea A. Wirum (Attachments: # 1 Declaration of Jay Crom [with Exhibit "A" attached]# 2 Declaration of Dennis Davis in Opposition to Motion for Summary Judgment# 3 Exhibit s "A" through "E" to Davis Declaration# 4 Exhibit "F" to Davis Declaration# 5 Certificate of Service) (Davis, Dennis) (Entered: 07/20/2007) |
|---|---|---|
| 07/26/2007 | ●19 | Reply to *Opposition to Motion for Summary Judgment or Summary Adjudication of Isses* (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 07/26/2007) |
| 07/26/2007 | ●20 | Objection *Evidentiary Objection in Support of Motion for Summary Judgment or Summary Adjudication of Issues* (RE: related document(s)7 Motion for Summary Judgment/Adjudication). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 07/26/2007) |
| 08/03/2007 | ● | Courtroom Hearing Held (RE: Motion for Summary Judgment/Adjudication - related document(s) 7 ) (Matter is submitted.)(gh, ) (Entered: 08/03/2007) |
| 08/31/2007 | ●21 | Memorandum Decision Re Defendant's Motion for Summary Judgment. (RE: related document(s)7 Motion for Summary Judgment/Adjudication filed by Defendant John O. Wilson). (ql, ) (Entered: 08/31/2007) |
| 08/31/2007 | ●22 | Order Granting in Part, Denying in Part, Defendant's Motion for Summary Judgment (Related Doc # 7) (ql, ) (Entered: 08/31/2007) |
| 09/07/2007 | ●23 | Notice Regarding *Matters Deemed Admitted* Filed by Defendant John O. Wilson. (Attachments: # 1 Requests for Admission, Set One) (MacConaghy, John) (Entered: 09/07/2007) |
| 09/14/2007 | ●24 | Motion to Amend *Response to Admissions* Filed by Plaintiff Andrea A. Wirum. (Attachments: # 1 Declaration of Dennis D. Davis in Support of Motion to Amend Response to Admissions# 2 Exhibit s "A", "B" and "C" to Davis Declaration# 3 Certificate of Service) (Davis, Dennis) (Entered: 09/14/2007) |
| 09/14/2007 | ● | Hearing Set On (RE: related document(s)24 Motion to Amend *Response to Admissions*). Hearing scheduled for 10/19/2007 at 09:30 AM at San Francisco Courtroom 23 - Carlson. (cog, ) (Entered: 09/18/2007) |
| 09/18/2007 | ● | **CORRECTIVE ENTRY** Court set hearing (RE: related document(s)24 Motion to Amend filed by Plaintiff Andrea A. Wirum, Hearing Set). (cog, ) (Entered: 09/18/2007) |
| 10/05/2007 | ●25 | Memorandum of Points and Authorities in Opposition of *Motion to Amend Response to Requests for Admissions* (RE: related document(s)24 Motion to Amend, ). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 10/05/2007) |
| 10/05/2007 | ●26 | Declaration of John H. MacConaghy in Opposition of *Motion to Amend Responses to Requests for Admission* (RE: related document(s)24 Motion to Amend, ). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 1 -- Requests for Admission# 2 Exhibit 2 -- Plaintiff's Expert Report# 3 Exhibit 3 -- Deposition Excerpts of Jay Crom# 4 Exhibit 4 -- Debtor's "Paid In Capital" Account omitted from expert report# 5 Exhibit 5 -- Debtor's "Paid In Capital" sub account for Warmenhoven# 6 Exhibit 6 -- Debtor's "Paid In Capital" sub account for Lis) (MacConaghy, John) (Entered: 10/05/2007) |
| 10/10/2007 | ●27 | Reply to */Reply/ Brief Re Motion to Amend Response to Requests for Admissions* (RE: related document(s)25 Memo of Points & Authorities). Filed by Plaintiff Andrea A. Wirum (Attachments: # 1 Declaration of Dennis D. Davis in Support of Reply Brief# 2 Exhibit "A" to Davis Declaration# 3 Certificate of Service) (Davis, Dennis) (Entered: 10/10/2007) |
| 10/18/2007 | ●28 | Tentative Ruling Regarding Plaintiff's Motion To Amend Responses To Defendant's Request For Admission (RE: related document(s)24 Motion to Amend filed by Plaintiff Andrea A. Wirum). (cog, ) (Entered: 10/19/2007) |
| 10/19/2007 | ● | Courtroom Hearing Held (RE: Motion to Amend - related document(s) 24 ) (Tentative accepted, court to do order.)(gh, ) (Entered: 10/19/2007) |
| 10/19/2007 | ●29 | Order Granting Plaintiff's Motion To Amend Responses To Defendant's Request For Admission (Related Doc # 24) (cog, ) (Entered: 10/22/2007) |
| 10/23/2007 | ●30 | Declaration of John H. MacConaghy *Re: Late Filing of Deposition Transcript of Nancy Woodall* (RE: related document(s)6 Scheduling Order). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 1 -- Pl's Notice of Woodall Depo; 2 Pl's Notice of Continuance of Woodall depo; 3 - Pl's cancellation of Woodal depo; 4 Def. Notice of Woodall depo) (MacConaghy, John) (Entered: 10/23/2007) |

| | | |
|---|---|---|
| 10/23/2007 | ◌31 | Exhibit *Defendant's Trial Exhibit List* (RE: related document(s)6 Scheduling Order). Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 10/23/2007) |
| 10/23/2007 | ◌32 | Witness List *Defendant's Trial Witness List*. Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 10/23/2007) |
| 10/23/2007 | ◌33 | Trial Brief *[Plaintiff's]* (RE: related document(s)6 Scheduling Order). Filed by Plaintiff Andrea A. Wirum (Attachments: # 1 Certificate of Service) (Davis, Dennis) (Entered: 10/23/2007) |
| 10/23/2007 | ◌34 | Witness List *[Plaintiff's Trial]*. Filed by Plaintiff Andrea A. Wirum (Attachments: # 1 Certificate of Service) (Davis, Dennis) (Entered: 10/23/2007) |
| 10/23/2007 | ◌35 | Exhibit *[Plaintiff's Trial Exhibits]* (RE: related document(s)33 Trial Brief). Filed by Plaintiff Andrea A. Wirum (Attachments: # 1 Certificate of Service) (Davis, Dennis) (Entered: 10/23/2007) |
| 10/23/2007 | ◌36 | Trial Brief *of Defendant John Wilson*. Filed by Defendant John O. Wilson (MacConaghy, John) (Entered: 10/23/2007) |
| 10/26/2007 | ◌37 | Document: *Deposition Excerpts of Nancy Woodall*. (RE: related document(s)6 Scheduling Order). Filed by Defendant John O. Wilson (Attachments: # 1 Deposition Transcript Excerpts) (MacConaghy, John) (Entered: 10/26/2007) |
| 10/26/2007 | ◌38 | Motion *in Limine No. 1 [Expert Report of Jay Crom]* Filed by Defendant John O. Wilson. (MacConaghy, John) (Entered: 10/26/2007) |
| 10/26/2007 | ◌39 | Declaration of John H. MacConaghy in Support of *Motion in Limine No. 1* (RE: related document(s)38 Motion Miscellaneous Relief). Filed by Defendant John O. Wilson (Attachments: # 1 Exhibit 1 -- Meet and Confer proposal; Ex. 2 Pl's reponse; Ex. 3 Def's Reply) (MacConaghy, John) (Entered: 10/26/2007) |
| 10/26/2007 | ◌40 | Motion *in Limine No. 2 [Undisclosed witnesses and exhibits]* Filed by Defendant John O. Wilson. (MacConaghy, John) (Entered: 10/26/2007) |
| 11/14/2007 | ◌41 | Memorandum Decision (RE: related document(s)1 Complaint filed by Plaintiff Andrea A. Wirum). (cog, ) (Entered: 11/15/2007) |
| 11/14/2007 | ◌42 | Judgment for Defendant against Plaintiff . (cog, ) (Entered: 11/15/2007) |
| 11/17/2007 | ◌43 | BNC Certificate of Mailing - Electronic Order (RE: related document(s)41 Memorandum Decision). Service Date 11/17/2007. (Admin.) (Entered: 11/17/2007) |
| 11/19/2007 | ◌44 | Notice of Appeal to District Court *[with Certificate of Service attached]*, Fee Amount $ 255. (RE: related document(s)42 Judgment, 41 Memorandum Decision). Appellant Designation due by 11/29/2007. Transmission to District Court due by 12/19/2007. Filed by Plaintiff Andrea A. Wirum (Davis, Dennis) (Entered: 11/19/2007) |
| 11/19/2007 | | Receipt of filing fee for Notice of Appeal(07-03022) [appeal,ntcapl] ( 255.00). Receipt number 4839504, amount $ 255.00 (U.S. Treasury) (Entered: 11/19/2007) |
| 11/19/2007 | ◌45 | Statement of Election to District Court,*[with Certificate of Service attached]* (RE: related document(s)44 Notice of Appeal, filed by Plaintiff Andrea A. Wirum). Filed by Plaintiff Andrea A. Wirum (Davis, Dennis) (Entered: 11/19/2007) |

**FILED**

NOV 2 0 2007

UNITED STATES BANKRUPTCY COURT
SAN FRANCISCO, CA

## UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO

| | |
|---|---|
| In re: SDR Capital Management(debtor) | Case No. 05-34008-TEC<br>Chapter    7 |
| Wirum (plaintiff) | AP Case No. 07-3022-TEC |
| v. | |
| John O. Wilson (defendant) | |

## COURT CERTIFICATE OF MAILING

I, the undersigned, a regularly appointed and qualified clerk in the office of the Bankruptcy Judge of the United States Bankruptcy Court from the Northern district of California, at San Francisco do hereby certify:

That I, in the performance of my duties as such clerk, served a conformed copy of the:

### NOTICE OF APPEAL
### APPELLANT'S ELECTION TO HAVE APPEAL HEARD BY DISTRICT COURT

by depositing it in the regular mail at San Francisco, California, on the date shown below, in a sealed envelope to the addresses listed below:

Andrea Wirum
c/o Dennis Davis, Esq.
Goldberg, Stinnett, Davis & Linchey
44 Montgomery Street, Suite 2900
San Francisco, CA 94104

John O. Wilson
c/o John H. MacConaghy, Esq.
MacConaghy & Barnier, PLC
645 First Street West, Suite D
Sonoma, CA 95476

Office of the U.S. Trustee
235 Pine Street, Suite 700
San Francisco, CA 94104

Andrea A. Wirum
P.O. Box 1108
Lafayette, CA 94549

Date: November 20th, 2007

Deputy Clerk: _____
Cooper Glosenger