IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ANDREA A WIRUM,

               Plaintiff,

   v.

JOHN O WILSON,

               Defendant.

_____/

No. C-07-06056 CRB

NOTICE OF FILING OF BANKRUPTCY
APPEAL AND ORDER SETTING STATUS
CONFERENCE

  RE:

      Bankruptcy Case:
      Adversary No.:
      BAP No.:

Appellant:

The appeal has been assigned the following case number C-07-06056 CRB before the Honorable Charles R. Breyer.

Upon the completion by parties of the perfection of the record pursuant to BR 8006 and 8007, the Bankruptcy Court will transmit a copy of the record on appeal to this court for docketing and issuance of a briefing schedule.

This matter is calendared for status conference on 3/7/2008 at     in Ctrm. 8, 19th Fl,SF.

This date will stand vacated upon the filing in this Court of the record on appeal, at which time a briefing schedule will issue.

Dated: Nov 30, 2007

For the Court
Richard W. Wieking, Clerk


_____

By: Deputy Clerk

cc: USBC
    Counsel of Record