GOLDBERG, STINNETT, DAVIS & LINCHEY
A Professional Corporation
DENNIS D. DAVIS, ESQ. CA Bar #070591
44 Montgomery Street, Suite 2900
San Francisco, CA  94104
Telephone: (415) 362-5045
Facsimile:  (415) 362-2392

Attorneys for Andrea A. Wirum, Trustee

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA A. WIRUM,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN O. WILSON,<br><br>          Defendant. | No. C-07-06056 CRB<br><br>**NOTICE OF DISMISSAL**<br>**OF BANKRUPTCY APPEAL** |

Andrea A. Wirum, Trustee, has settled her litigation with defendant John O. Wilson, which is the subject of this appeal.  Therefore, Andrea A. Wirum, Trustee, and Appellant herein, hereby withdraws and dismisses this appeal.

DATED: January 22, 2008

                                                                    GOLDBERG, STINNETT, DAVIS & LINCHEY
                                                                    A Professional Corporation


                                                                    By:     /s/ Dennis D. Davis
                                                                         Attorneys for Andrea A. Wirum, Trustee

NOTICE OF DISMISSAL OF BANKRUPTCY APPEAL
115284.doc

1

**CERTIFICATE OF SERVICE BY FIRST CLASS MAIL**

I, the undersigned, state that I am employed in the City and County of San Francisco, State of California, in the office of a member of the bar of this Court, at whose direction the service was made; that I am over the age of eighteen years and not a party to the within action; that my business address is 44 Montgomery Street, Suite 2900, San Francisco, California 94104-4789; that on the date set out below, I served a copy of the following:

**NOTICE OF DISMISSAL OF BANKRUPTCY APPEAL**

on each party listed below by placing such a copy, enclosed in a sealed envelope with first class postage thereon affixed, in a United States Postal Service mailbox at San Francisco, California, addressed to each party listed below.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on January 22, 2008.

*Pam Joakimson*

John H. MacConaghy, Esq.
MacConaghy & Barnier, PLC
645 First Street West, Suite D
Sonoma, CA  95476
(Attorney for Defendant John O. Wilson)